IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT GARRETT and GAYLE GARRETT, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 3:15-cv-00864 Judge Trauger |
| WELLS FARGO BANKS, N.A., and THE BANK OF NEW YORK MELLON, formerly known as THE BANK OF NEW YORK AS TRUSTEE FOR WORLD SAVINGS BANK MORTGAGE PASS THROUGH CERTIFICATES SERIES 29, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## O R D E R

On November 25, 2015, the magistrate judge issued a Report and Recommendation (Docket No. 17), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendant Wells Fargo, N.A. (Docket No. 10) is GRANTED and all claims against this defendant are dismissed.

It is so **ORDERED.**

Enter this 16th day of February 2016.

_____
ALETA A. TRAUGER
U.S. District Judge