IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ROBERT GARRETT, ET AL., | ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil No. 3:15-cv-00864 Judge Trauger |
| THE BANK OF NEW YORK MELLON, | ) ) | |
| Defendant. | ) | |

**O R D E R**

On August 16, 2016, the magistrate judge issued a Report and Recommendation (DE #24), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that The Bank of New York Mellon's Motion to Dismiss (Docket No. 15) is GRANTED, and all claims against this defendant are DISMISSED WITH PREJUDICE.

The claims having already dismissed against the other defendant, the Clerk shall close this case. This Order constitutes the final judgment in this case.

It is so **ORDERED.**

Enter this 9th day of September 2016.

_____
ALETA A. TRAUGER
U.S. District Judge